1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES R. PATTERSON,

11            Plaintiff,                    No. CIV S-12-0198 EFB P

12        vs.

13   KERN COUNTY SHERIFF'S OFFICER,

14            Defendant.                    ORDER

15   _____/

16        Plaintiff is a county prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

18        Plaintiff alleges a violation of his civil rights in Kern County, California.  Kern County is

19   in the Fresno Division of this court and the action should have been commenced there.  *See*

20   Local Rule 120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma*

21   *pauperis*.

22        Accordingly, it is hereby orderd that:

23        1. This action is transferred to the Fresno Division.

24        2. The Clerk of Court shall assign a new case number.

25   ////

26   ////

1

3.  All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  January 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2